```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
                                                :
MARK ROBERTS,                                   :
                                                :
                Plaintiff,                      :       04 Civ. 10079 (CSH)
                                                :
        -against-                               :
                                                :       ORDER
NATHANIEL THOMAS KEITH, etal,                   :
                                                :
                Defendants.                     :
------------------------------------------------X
```

<u>Haight, Senior District Judge</u>:

The Court's Memorandum and Order dated March 10, 2008 is hereby VACATED and WITHDRAWN. The Clerk is directed to substitute therefor the Memorandum and Order filed together with this Order.

It is SO ORDERED.

Dated:  New York, New York
        March 11, 2009

                                                _____
                                                CHARLES S. HAIGHT, JR.
                                                SENIOR UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/11/09